UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Tonya Givens
      Plaintiff

      v.

CIVIL ACTION NO.:

1:24-cv-10355-BEM

Massachusetts Institute of Technology
      Defendant.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **JUDGMENT**
September 15, 2025

Murphy, D.J.

In accordance with the Memorandum and Order entered on September 15, 2025, GRANTING Defendant's Motion for Summary Judgment, Judgment is entered on behalf of the Defendant, Massachusetts Institute of Technology. This case is hereby DISMISSED.

    SO ORDERED.

                                     /s/ Brian E. Murphy
                                     BRIAN E. MURPHY
                                     United States District Judge